UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW | No. 2:17-cv-00341 GGH PC |
| Petitioner, | |
| v. | ORDER |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF COLUSA, | |
| Respondent. | |

Petitioner, acting in pro se, filed a document titled Petition for Writ of Mandate and Stay or Proceedings on February 16, 2017. ECF No. 1. This proceeding was referred to this court under Local Rule 302(21) and 28 U.S.C. section 636(b)(1). Upon review of the Petition it appears that the pleading was intended for the Third District Court of Appeal and was filed in this court in error.

In light of the foregoing it is ordered that:

1. The Petition is dismissed without prejudice;

2. The Petitioner is hereby informed that she may refile her Petition before the proper court which is located at 914 Capitol Mall, Sacramento, CA, 95814;

////

////

1

3.      The Clerk of the Court is directed to mail a copy of this Order together with the Petition to the Third District Court of Appeal as a courtesy.

**IT IS SO ORDERED.**

DATED: February 28, 2017

/s/Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE